**Order entered April 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00344-CV

**DIANA FAY BASS, Appellant**

**V.**

**RICHARD H. BASS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-54722-2015**

## ORDER

We **GRANT** appellant's April 6, 2016 motion for an extension of time to pay the filing

fee. Appellant shall pay the filing fee **WITHIN THIRTY DAYS** of the date of this order.

/s/ ELIZABETH LANG-MIERS
JUSTICE